THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Eric William Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ERIC WILLIAM SMITH,<br><br>    Defendant | Case No.: 2:11-CR-00139-KJM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   May 19th, 2011<br>Time:   10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 19th, 2011 at 10:00 a.m. is continued to June 16th, 2011 at 10:00 a.m.in the same courtroom. William Wong, Assistant United States Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including June 16th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  May 18th, 2011                    By:   /s/  Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Defendant
                                                ERIC WILLIAM SMITH

///

1  DATED:  May 18th, 2011                BENJAMIN WAGNER
                                         United States Attorney

                                   By:   /s/  Thomas A. Johnson for___
                                         WILLIAM WONG
                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  May 18, 2011.

_____
UNITED STATES DISTRICT JUDGE