1  THOMAS A. JOHNSON, #119203
2  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
3  Telephone:  (916) 422-4022
   Attorney for Defendant Eric William Smith
4

5

6              IN THE UNITED STATES DISTRICT COURT
7           FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )  Case No.: 2:11-CR-00139-KJM
                                      )
10            Plaintiff,              )  AMENDED STIPULATION AND
                                      )  ORDER TO CONTINUE STATUS
11      vs.                           )  CONFERENCE
                                      )
12  ERIC WILLIAM SMITH,               )  Date:    June 16th, 2011
                                      )  Time:    10:00 a.m.
13            Defendant               )  Judge:   Hon. Kimberly J. Mueller
   _____)

14

15      **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

16  Status Conference scheduled for June 16th, 2011 at 10:00 a.m. is continued to July 7th,

17  2011 at 10:00 a.m.in the same courtroom. William Wong, Assistant United States

18  Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance.

19  Both parties are in the process of reviewing discovery and Defense counsel is conducting

20  its own investigation.  Defense counsel and the Assistant United States Attorney are

21  currently in negotiations and are not ready to set a motion schedule or trial.  In addition,

22  Defense counsel is unavailable Thursday, June 16th, 2011 due to a previously planned trip

23  to Los Angeles with two other attorneys on a separate case.

24      It is further stipulated that the period from the date of this stipulation through and

25  including July 7th, 2011, be excluded in computing the time within which trial must

26  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and

27  Local T4 (reasonable time for preparation of counsel).

28

- 1 -

**IT IS SO STIPULATED.**

DATED:  June 14th, 2011                    By:     /s/  Thomas A. Johnson_____
                                                          THOMAS A. JOHNSON
                                                          Attorney for Defendant
                                                          ERIC WILLIAM SMITH


DATED:  June 14th, 2011                             BENJAMIN WAGNER
                                                          United States Attorney

                                                 By:     /s/ Thomas A. Johnson for___
                                                          WILLIAM WONG
                                                          Assistant U.S. Attorney


                                    **ORDER**

**IT IS SO ORDERED.**  The status conference set for June 16, 2011 at 10:00 a.m. is

vacated and reset for July 7, 2011 at 10:00 a.m.  The ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial and time

is excluded for the period from the date of this stipulation through and including July 7,

2011 pursuant to 18 U.S.C. § 3161(h)(8)(iv) and Local Code T4 (reasonable time for

preparation of counsel).

Dated:  June 14, 2011.


                                    _____
                                    UNITED STATES DISTRICT JUDGE