THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Eric Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00139-JAM |
| Plaintiff, | STIPULATION AND ORDER FOR RESETTING OF JUDGMENT AND SENTENCING |
| vs. | |
| ERIC SMITH, | |
| Defendant. | |

**IT IS HEREBY** stipulated and agreed to between all parties that a Judgment and Sentencing be scheduled on February 5, 2013, at 9:45 a.m.  This case was re-assigned to the Honorable John A. Mendez after Judge Kimberly J. Mueller submitted a recusal order on October 23, 2012, which vacated the Judgment and Sentencing on November 7, 2012.

Dated:     November 28, 2012              Respectfully Submitted,


                                          */s/ Thomas A. Johnson*
                                          THOMAS A. JOHNSON
                                          Attorney for Eric Smith

Dated:     November 28, 2012              BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Thomas A. Johnson   for*
                                          WILLIAM WONG
                                          Assistant U.S. Attorney

-1-

**O R D E R**

**IT IS HEREBY ORDERED:** That a Judgment and Sentencing is to be scheduled for February 5, 2013, at 9:45 a.m.

Dated:  11/28/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge